UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-00461-BAM PC<br><br>ORDER TO RE-CAPTION CASE |

　　　The named defendant, California Department of Corrections and Rehabilitation Substance Abuse Treatment Facility, is no longer a party to this action and the case should be re-captioned. Accordingly, the Caption for this case shall be as follows:

　　　STEPHEN CLARK,　　　　　　　　　　　　　Case No. 1:12-cv-00461 BAM PC
　　　　　　　Plaintiff,
　　　　　v.

　　　DR. KOKOR, et al.,
　　　　　　　Defendants.
　　　_____/

IT IS SO ORDERED.

　　Dated:　**March 11, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1