IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN CLARK,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. KOKOR, et al.,**<br><br>Defendants. | Case No. 1:12-cv-00461 BAM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 15) |

Plaintiff Stephen Clark ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2013, the Court screened Plaintiff's complaint and found that it stated a cognizable claim Eighth Amendment claim against Defendants Ugwueze and Kokor for deliberate indifference to serious medical needs. (ECF No. 8.) On September 16, 2013, the Court directed service by the U. S. Marshals Service. (ECF No. 10.) The U.S. Marshals Service personally served Defendants with the complaint and summons on February 28, 2014. (ECF No. 12.) Based on service, Defendants' responsive pleading is due on March 21, 2014.

On March 20, 2014, Defendants filed the instant motion for a thirty-five day extension of time to file their responsive pleading. Defense counsel explains that she received the matter on March 17, 2014, and requires additional time to obtain and review documents before filing a

responsive pleading. Defense counsel also reports that a stipulation to extend time could not be obtained because efforts to contact Plaintiff by telephone were unsuccessful. (ECF No. 15, pp. 3-4.)

Good cause having been shown, Defendants' request for a thirty-five day extension of time to file and serve a responsive pleading is GRANTED. Defendants shall serve and file their responsive pleading on or before April 25, 2014.

IT IS SO ORDERED.

Dated: **March 21, 2014**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE