# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. KOKOR, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00461-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 17) |

Plaintiff Steven Clark, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 27, 2012. On April 25, 2014, Defendants Kokor and Ugwueze filed a motion to dismiss for failure to state claim. Fed. R. Civ. P. 12(b)(6). Plaintiff's opposition was due on May 19, 2014. To date, Plaintiff has not filed an opposition.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **November 7, 2014**        /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE