# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>DR. KOKOR, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00461-LJO-BAM PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Stephen Clark ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 27, 2012.  This action proceeds on Plaintiff's complaint against Defendants Ugwueze and Kokor for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On April 25, 2014, Defendants Ugwueze and Kokor filed a motion to dismiss for failure to state a claim and for qualified immunity.  (ECF No. 17.)  Plaintiff failed to file an opposition or statement of non-opposition to the motion.  Local Rule 230(l).  Accordingly, on November 7, 2014, the Court ordered Plaintiff to file a response to Defendants' motion to dismiss within twenty-one days.  Plaintiff was warned that the failure to comply with the Court's order would result in dismissal of this action, with prejudice, for failure to prosecute.  (ECF No. 25.)  On December 1, 2014, the Court granted Plaintiff a thirty-day extension of time to file his response

to Defendants' motion to dismiss.  (ECF No. 27.)  More than thirty days have passed and Plaintiff has not filed an opposition.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed, with prejudice, for failure to prosecute.  Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty-one (21) days of the date of this Order.  Plaintiff may comply with this order by filing his opposition or statement of non-opposition to the motion to dismiss.

Failure to respond to this Order to Show Cause may result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 13, 2015**                    /s/ *Barbara A. McAuliffe*        _
                                                    UNITED STATES MAGISTRATE JUDGE